DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

DAMALI A. TAYLOR (CABN 262489)
MARC PRICE WOLF (CABN 254495)
CLAUDIA A. QUIROZ (CABN 254419)

Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6753
    damali.taylor@usdoj.gov
    marc.wolf@usdoj.gov
    claudia.quiroz@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JEANNETTE COUCH,<br>MARIE POLICHETTI,<br>JAMES RUSSO, and<br>BERNARDO GUILLEN,<br><br>    Defendants. | Case No.  CR 15-0234 CRB<br><br>**UNITED STATES' MOTION TO DISMISS THE SECOND SUPERSEDING INDICTMENT AS TO DEFENDANTS COUCH, POLICHETTI, RUSSO AND GUILLEN AND ORDER** |

1

1   With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United
2   States Attorney for the Northern District of California moves to dismiss the above captioned Second
3   Superseding Indictment against defendants Jeannette Couch, Marie Polichetti, James Russo and
4   Bernardo Guillen only without prejudice.

7   DATED:   July 28, 2016          DAVID R. CALLAWAY

                                    Attorney for the United States
                                    Acting Under Authority Conferred by
                                    28 U.S.C. § 515


                                    _____/s/_____
                                    DAVID R. CALLAWAY
                                    Chief, Criminal Division

**ORDER**

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the government to dismiss the Second Superseding Indictment against defendants Jeannette Couch, Marie Polichetti, James Russo and Bernardo Guillen without prejudice. The Second Superseding Indictment remains in effect as to the remaining defendants.

DATED: July 29, 2016

_____
HONORABLE CHARLES R. BREYER
United States District Judge